In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-357 CR


 ______________________



JARVIS ARDOIN, Appellant 



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Court No. 07-00658






MEMORANDUM OPINION


 On July 28, 2008, the trial court sentenced Jarvis Ardoin on a conviction for
possession of a controlled substance. Ardoin filed a notice of appeal on August 11, 2008. 
The trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On August 20, 2008, we notified the parties that we would dismiss the appeal unless
an amended certification was filed within fifteen days of the date of the notice and made a
part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 _________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered October 1, 2008 

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.